UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBIN L. WHITE,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

CASE NO.   C06-1476-JLR-MJB

ORDER DISMISSING § 2254 PETITION

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2254 petition is DISMISSED without prejudice. Petitioner's application for leave to proceed *in forma pauperis* (Dkt. #1) is DENIED as moot.

(3) The Clerk is directed to send a copy of this Order to petitioner and to Judge Benton.

DATED this 9th day of November, 2006.

JAMES L. ROBART
United States District Judge

06-CV-01476-ORD

ORDER DISMISSING § 2254 PETITION